No. 87–2030. ANDERSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction.

No. 88–150. IRVIN ET AL. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–176. MISSOURI v. PRESLEY. Ct. App. Mo., Southern Dist. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 88–5061. NEWLAND v. GEORGIA. Sup. Ct. Ga.;
No. 88–5363. WILLIAMS v. CALIFORNIA. Sup. Ct. Cal.;
No. 88–5603. INGRAM v. KEMP, WARDEN. Super. Ct. Ga., Butts County;
No. 88–5630. HAMBLIN v. OHIO. Sup. Ct. Ohio; and
No. 88–5738. SIDEBOTTOM v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.